John J. Talton, Chapter 13 Trustee  Check No. 807674
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-10173 | 002-0 | ANTHONY DEAN HENNIGAN<br>Original Check written to:<br>DEUTSCHE BANK NATIONAL TRUST CO.<br>C/O AMERICAN HOME MORTGAGE SRVCNG<br>PO BOX 631730<br>IRVING, TX  75063-1730 | xxxx7945 | 0.00 | 129.93 | 0.00 | 129.93 |
| 05-10219 | 002-0 | ANTHONY GUIDRY<br>Original Check written to:<br>WORLD ASSET PURCHASING, LLC<br>C/O WORLDWIDE ASSET MANAGEMENT, LLC<br>P.O. BOX 672047<br>MARIETTA, GA  30006 | xxxxxxxxxxxx3312 | 1,890.38 | 27.64 | 0.00 | 27.64 |
| 05-10334 | 010-0 | CARL E THOMPSON<br>Original Check written to:<br>WFNNB-FINA<br>P O BOX 9180<br>SHAWNEE MISSION, KS  66201 | xxxxxxxxxx8532 | 471.95 | 14.05 | 0.00 | 14.05 |
| 05-10552 | 003-0 | PAUL ROBERT HENSON<br>Original Check written to:<br>HOME EQUITY SERVICING CORPORATION<br>AIM CASH/MAIL CODE M05334<br>4837 WATT AVE #100<br>NORTH HIGHLANDS, CA  95660 | xxxxxxxxxxxxxxxxxxx5172 | 0.00 | 59.49 | 0.00 | 59.49 |
| 05-11095 | 005-0 | DON F CHAPMAN<br>Original Check written to:<br>HEALTH SOUTH<br>P O BOX 842178<br>DALLAS, TX  75284-2178 | xxxxxxx1725 | 264.57 | 16.45 | 0.00 | 16.45 |
| 08-10373 | 003-0 | DUSTIN J. PIETZ<br>Original Check written to:<br>COLONIAL SAVINGS<br>2626 WEST FREEWAY, BLDG B<br>FORT WORTH, TX  76102- | xx8720 | 4,872.41 | 0.00 | 111.54 | 111.54 |
| 09-90150 | 005-0 | DAVID E. THOMAS<br>Original Check written to:<br>CITIFINANCIAL<br>P O BOX 499<br>HANOVER, MD  21076- | 3966 | 5,800.00 | 0.00 | 12.43 | 12.43 |